UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Diane Deaderick ) | |
| ) | 13CV8371 |
| Plaintiff ) | JUDGE KENNELLY |
| ) | MAG. JUDGE VALDEZ |
| ) | |
| ) | |
| ) | MAGISTRATE: |
| Law Office of Curtis O. Barnes PC ) | |
| Curtis O. Barnes Esq. ) | |
| ) | |
| Defendants ) | |

FILED
NOV 20 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, Diane Deaderick, (hereinafter Plaintiff) individually, hereby sue the Law Office of Curtis O. Barnes, Curtis O. Barnes Esq. (hereinafter Defendants) for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a)(iii).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but non-existent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $15,000.00.

## PARTIES

7. Plaintiff, Diane Deaderick, is a natural person and is a resident of the State of Illinois.

8. Upon information and belief Defendant, Law office of Curtis O. Barnes, P.C. is a foreign company not authorized/registered to do business in Illinois as a debt collector.

9. Upon information and belief Defendant, Curtis O. Barnes Esq. is a California licensed attorney not registered to do business in Illinois.

## *FACTUAL ALLEGATIONS*

10. Defendant is a California based law firm acting in the capacity as a debt collection agency not authorized to do business in the state of Illinois.

11. Defendant Curtis O. Barnes Esq. is the principle owner of the Law Firm of Curtis O. Barnes, P.C. with a headquarters located at 390 W. Cerritos Ave, Anaheim, CA 92815.

12. Defendants made numerous calls to Plaintiff phone which is assigned to Plaintiff cell phone without express consent using an Automatic Telephone Dialing System (ATDS) in an attempt to collect and harass Plaintiff for an alleged non-existent debt.

13. Plaintiff informed Defendants not to contact her anymore by phone and only to contact her in writing via the United States Postal Service (USPS).

14. Defendants made numerous calls to Plaintiff residential phone without express consent using an Automatic Telephone Dialing System (ATDS) in an attempt to collect and harass Plaintiff for an alleged non-existent debt. The term "Automatic Dialing System' means equipment which has the capacity - (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers.

15. Plaintiff sent a Notice of Pending Lawsuit to the Law firm of Curtis O. Barnes on March 8, 2013 via USPS certified mail return receipt number 70121010000361667711 (Exhibit A), giving the Defendants an opportunity to settle these violations amicably.

16. Defendant sent via the United States Postal Service via first class mail, correspondence stating that "We are in receipt of your March 8, 2013 letter to the Law Office of Curtis O Barnes. Since receiving your letter dated February 15, 2012 last year on February 22, 2012, the law office of Curtis O. Barnes closed its file and made no further attempts to contact you. As such, we respectfully decline your settlement offer as there is no indication from the file any violation of the law was committed by Law Office of Curtis O. Barnes, its employees, or its client FORTIS CAPITAL IV LLC." (Exhibit B)

17. From November 2011 to present, Defendants violated the TCPA by calling Plaintiff's cell phone numerous times without express consent given by Plaintiff.

18. Plaintiff will request all telephone communications from the Defendants during discovery.

19. On November 2011, the Defendants violated the TCPA by leaving recorded messages on Plaintiff's cell phone without express permission. It is unlawful under 47 U.S.C. § 227(A) to make any call (other than a call made for emergency purposes or made with prior consent of the called party) using any automatic dialing system.

20. On November 2011, the Defendants violated the TCPA by leaving recorded messages on Plaintiff's residential phone without express permission. It is unlawful under 47 U.S.C. § 227(A) to make any call (other than a call made for emergency purposes or made with prior consent of the called party) using any automatic dialing system.

## COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

21. Plaintiff alleges and incorporates the information in paragraphs 1 through 20.

22. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

23. Defendant, has committed 6 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

24. Defendant, has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) The last 6 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

25. Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff cell phone number, which is assigned to a cellular telephone service. The Plaintiff has never given Defendant permission to call her cell phone. Plaintiff is entitled to treble damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

26. Plaintiff and Defendant do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against the Law Office of Curtis O. Barnes and Curtis O. Barnes Esq. for actual, statutory damages, and punitive damages, attorney's fees and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 20th day of November, 2013

_/s/ Diane Deaderick_

Diane Deaderick
8312 S. Clyde Ave.
Chicago, IL 60617
773-721-7513

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Law Office of Curtis O. Barnes via facsimile and via certified mail return receipt requested. Receipt No: 70121010000362110247 via the United States Postal Service located at 433 W. Harrison Street, Chicago, IL on this 20th day of November, 2013 before 5:00p.m.

*[signature]*
Diane Deaderick, Pro Se Plaintiff

Law Office of Curtis O. Barnes
390 Cerritos Avenue
Anaheim, CA 92815
(866) 477-8222 (Office)
(866) 477-8227 (Fax)

# EXHIBIT A

**Diane Deaderick**
**8312 South Clyde Avenue**
**Chicago, IL 60617**

**Law Office of Curtis O Barnes, PC**
**P.O. Box 1390**
**Anaheim, CA 92815-8222**

March 8, 2013

Re: <u>File Number: 861906</u>

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This correspondence is being sent prior to filing suit an opportunity to amicably cure the <u>**Law Office of Curtis O Barnes, PC**</u> for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) and the Telephone Communications Protection Act (TCPA) 47 U.S.C. § 227. I will be naming your client <u>**Fortis Capital IV, LLC**</u> [Any Individual Names Associated with the Collection Agency] in this matter as a defendant as well. I also demand that you pay me $7,000 as settlement for your violations of law at my expense.

If you do not agree to the terms, I intend to go forward with the suit. You have until <u>**March 25, 2013**</u> to comply with this demand and provide me with proof of your actions (ie; a letter confirming your response, and a check for the required amount).

I am willing to settle these matters amicably without having to file suit. If you choose not to settle the matters at hand then I will have no choice but to file a lawsuit in Federal Court and seek my remedy in a court of law with a jury trial.

Please inform me of your intentions immediately. If I do not hear from you, I assure you that I will follow through with the actions listed above. Your refusal to respond will be taken as a tacit admission that you are in violation of the law and wish these issues to be adjudicated in federal court. I will entertain your settlement agreement. Barring lack of response from you in this matter, we will proceed to the federal court to resolve it. Don't make the mistake of ignoring this. The ball is in your court.

I can be reached by my home phone at (773) 721-7513 or via email at w.demartra@acninc.net. This phone number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

*Diane Deaderick*
Diane Deaderick


VIA CERTIFIED MAIL NUMBER: 70121010000361667711

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Stephanie [illegible]  C. Date of Delivery |
| 1. Article Addressed to:<br><br>LAW OFFICE OF<br>CURTIS O BARNES, PC<br>P.O. BOX 1390<br>ANAHEIM, CA 92815-1390 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 1010 0003 6166 7711 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DIANE DEADERICK
8312 So. CLYDE AVE
CHICAGO, IL. 60617

.7184012

# EXHIBIT B

LAW OFFICE OF
# CURTIS O BARNES, PC
PO Box 1390
ANAHEIM CA 92815-1390
Ph: 866-477-8222  Fax: 866-477-8227

CALIFORNIA | OHIO | COLORADO

March 14, 2013

**VIA US MAIL**
DIANE DEADERICK
8312 South Clyde Avenue
Chicago, IL 60617

Re:   DIANE DEADERICK
      Account Name:      Household Finance
      Account Number:    41223100329486
      Our File Number:   861906

Dear Ms. Diane Deaderick:

We are in receipt of your March 8, 2013 letter to the Law Office of Curtis O. Barnes. Since receiving your letter dated February 15, 2012 last year on February 22, 2012, the Law Office of Curtis O. Barnes closed its file and made no further attempts to contact you. As such, we respectfully decline your settlement offer as there is no indication from the file any violation of the law was committed by Law Office of Curtis O. Barnes, its employees, or its client FORTIS CAPITAL IV LLC.

Sincerely,

*Law Office of Curtis O. Barnes, P.C.*

Office Hours (Pacific):
M 6am - 9pm || T-Fri 6am - 5pm