**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Diane Deaderick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 13-cv-08371 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| Law Office of Curtis O. Barnes PC | ) | |
| Curtis O. Barnes, Esq., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), settlement, and by agreement of

the parties, Plaintiff, Diane Deaderick, stipulate to the dismissal of claims against Defendants, Law

office of Curtis O. Barnes PC and Curtis O. Barnes, Esq., with prejudice and without costs.

Dated: March 12, 2014

By: _Diane Deaderick_
Diane Deaderick
8312 South Clyde Ave.
Chicago, IL 60617
PRO SE

By: _/s/Palak N. Shah_
Palak N. Shah
David M. Schultz (#6197596)
Palak N. Shah (#6313957)
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
pshah@hinshawlaw.com
Attorneys for Defendants,
Law Office of Curtis O. Barnes PC
and Curtis O. Barnes, Esq.

OFFICIAL SEAL
THARRIE A EVANS III
Notary Public - State of Illinois
My Commission Expires Jul 25, 2016

Tharrie A. Evans III

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014 I electronically filed Joint Stipulation to Dismiss With Prejudice and Without Costs with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and with a copy of same to be served by regular mail to the following:

**Diane Deaderick**
8312 South Clyde Ave.
Chicago, IL 60617
*PRO SE*

/s/ *Palak N. Shah*
Palak N. Shah

2

130757798v1 0955086